**Venkatakrishna SHYAMALA,**
**Appellant,**

v.

**Jennifer L. HILLMAN, Appellee.**

No. 03–1580.

United States Court of Appeals,
Federal Circuit.

May 6, 2004.

Steven B. Kelber, Principal Attorney, Piper Rudnick, Washington, DC, for Appellee.

Rachel Krevans, Principal Attorney, Jill D. Neiman, of Counsel, Morrison & Foerster, San Francisco, CA, Robert P. Blackburn, of Counsel, Chiron Corporation, Emeryville, CA, Debra A. Shetka, of Counsel, Granite Bay, CA, for Appellant.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**BOYD'S BIT SERVICE, INC.,**
**Plaintiff–Appellee,**

v.

**SPECIALITY RENTAL TOOLS &**
**SUPPLY, INC., Defendant–**
**Appellant.**

No. 03–1608.

United States Court of Appeals,
Federal Circuit.

May 10, 2004.

Rehearing Denied June 7, 2004.

Kent A. Rowald, Principal Attorney, Duane Morris, Erin G. Busby, Of Counsel, Bracewell & Patterson, Houston, TX, for Plaintiff–Appellee.

David B. Dickinson, Principal Attorney, Daniel N. Lundeen, Of Counsel, Lundeen & Dickinson, Houston, TX, for Defendant–Appellant.

Before MAYER, Chief Judge, MICHEL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.